# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

Jonathan Walton,

                Plaintiff,

                                Case No. 17-cv-12330

v.

                                Judith E. Levy

Wayne County, et al.,         United States District Judge

                Defendants.   Mag. Judge Elizabeth A. Stafford

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [29]

Before the Court is Magistrate Judge Elizabeth Stafford's Report and Recommendation recommending the Court grant defendant's motion for summary judgment (Dkt. 24) and that: (1) plaintiff's claims against defendants Wayne County, Rhonda Harris, Shevon Fowler, Corporal Porter Chambers, Corporal Michael Cohen, Corporal Antonio Loftis, and Corporal Larry Gardner be dismissed without prejudice and (2) plaintiff's claims against the Wayne County Sheriff's Department and Wayne County Sheriff Benny Napoleon be dismissed without prejudice.

The parties were required to file specific written objections within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No

objections were filed.[1] The Court has nevertheless carefully reviewed the Report and Recommendation, and concurs in the reasoning and result. Accordingly,

The Report and Recommendation (Dkt. 29) is ADOPTED;

Defendant's motion for summary judgment (Dkt. 24) is GRANTED;

Plaintiff's claims against defendants Wayne County, Rhonda Harris, Shevon Fowler, Corporal Porter Chambers, Corporal Michael Cohen, Corporal Antonio Loftis, and Corporal Larry Gardner are dismissed without prejudice; and

Plaintiff's claims against Wayne County Sheriff's Department and Wayne County Sheriff Benny Napoleon are dismissed with prejudice.

IT IS SO ORDERED.

Dated: March 4, 2019　　　　　s/Judith E. Levy
　　Ann Arbor, Michigan　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　United States District Judge

---

[1] By failing to object to the Report and Recommendation, the parties have waived any further right of appeal. *United States v. Archibald*, 589 F.3d 289, 295–96 (6th Cir. 2009).

# CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 4, 2019.

s/Shawna Burns
SHAWNA BURNS
Case Manager
